I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-10-14

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAINTS D. INFANTE,<br><br>              Petitioner,<br><br>    vs.<br><br>THE STATE OF TEXAS, et al.,<br><br>              Respondents. | Case No. CV 14-0091-CJC (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order re Summary Dismissal of Action filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: January 10, 2014

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE